✔ JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED CLINTON GOMEZ,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>TAMMY L. CAMPBELL, Acting Warden,<br><br>　　　　　　Respondent. | Case No. CV 21-7626-AB (AS)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

　　　DATED: July 21, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE